1012

[No. 69077-9-I.   Division One.   October 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE ALLEN
SKJOLD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 11-1-08416-3, Harry J. McCarthy, J., entered
July 24, 2012. *Affirmed* by unpublished opinion per Grosse,
J., concurred in by Appelwick and Dwyer, JJ.

[No. 69279-8-I.   Division One.   October 14, 2013.]

JAY C. NYKOL, *Appellant*, v. THE EMPLOYMENT SECURITY
DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 11-2-32402-8, LeRoy McCullough, J., entered
August 14, 2012. *Affirmed* by unpublished opinion per
Verellen, J., concurred in by Leach, C.J., and Spearman, J.

[No. 69311-5-I.   Division One.   October 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J.
ROWLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 90-1-00034-1, Richard T. Okrent, J.,
entered September 7, 2012. *Affirmed* by unpublished per
curiam opinion.

[No. 69638-6-I.   Division One.   October 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY C. LEE,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 09-1-04512-3, Michael Heavey, J., entered Oc-
tober 23, 2012. *Affirmed* by unpublished per curiam opinion.